# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT DWAYNE TINSLEY, | CV F 03 5907 REC SMS HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION [Doc. #8] |
| v. | |
| R. L. RUNNELS, | ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS [Doc. #1] |
| Respondent. | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented in this action by Donald Ray Reynolds, Esq.

On May 13, 2005, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DENIED with prejudice. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On June 16, 2005, Petitioner filed objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

1  *novo* review of the case. Having carefully reviewed the entire file and having considered the
2  objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
3  supported by the record and proper analysis, and there is no need to modify the Findings and
4  Recommendations based on the points raised in the objections.
5      Accordingly, IT IS HEREBY ORDERED that:
6      1. The Findings and Recommendation issued May 13, 2005, is ADOPTED IN FULL;
7      2. The Petition for Writ of Habeas Corpus is DENIED; and
8      3. The Clerk of Court is DIRECTED to enter judgment for respondent.

10  IT IS SO ORDERED.
11  **Dated:  July 15, 2005**             **/s/ Robert E. Coyle**
    668554                                UNITED STATES DISTRICT JUDGE